My landlord wants to sell + evict and i don't have time for credit counseling

*Victor Fuentes* (signature)

VICTOR FUENTES

FILED 2022 JUN 13 AM 10:08 U.S. BANKRUPTCY COURT