6-13-22  I am requesting an expedited hearing.

I, Sandra E. Rosenfeld, would like to file a motion to lift the stay on a Petition for Bankruptcy filed a few hours ago (10:45) by Victor Fuentes (Victor Manuel Fuentes Jr.) I had a court appointment with him and his girlfriend at 12:45 Today. He owes me over $5,000. In desperation, he filed a Petition for Bankruptcy 2 hours before our court appointment in order to freeze the court proceedings. The judge recommended that I file a motion to lift the stay.

The # of his case is 22 115.30

The last 4 digits of his social security # are 1924

Thank you very much.

I am requesting an expedited hearing.

Sincerely
Sandra E. Rosenfeld
Phone # cell (267) 970-3624
land line (215) 732-9103