# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Victor Manuel Fuentes, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11530-mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 13, 2022 and this case be and the same is hereby DISMISSED.

July 8, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:
    Matrix
    Schedule AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities
    Chapter 7 Statement of Your Current Monthly Income
    Means Test Calculation